In the Matter of EDWARD A. FREDETTE et al., Respondents-Appellants, v. DONALD S. HOSTETTER et al., Constituting the New York State Liquor Authority, Appellants-Respondents.—

Present — Goldman, P. J., Del Vecchio, Witmer, Moule and Henry, JJ.